HATTIE M. MEADER *vs.* JOSEPH E. MEADER.

Suffolk.    December 10, 1924. — April 17, 1925.

Present: RUGG, C.J., BRALEY, PIERCE, CARROLL, & WAIT, JJ.

*Marriage and Divorce.    Probate Court,* Appeal.

If the record, on appeal from a decree *nisi* of divorce entered in a probate
court on the ground of cruel and abusive treatment by a husband of his
wife, shows that there was evidence of the application of physical force
to the body of the libellant by the libellee with the purpose of inflicting
suffering and not for the sake of self-protection of the libellee, the
decree will be affirmed.

LIBEL, filed in the Probate Court for the county of Suffolk
on March 14, 1924, for a divorce on the ground of cruel and
abusive treatment.

In the Probate Court, the libel was heard by *Prest,* J., a
stenographer having been appointed under G. L. c. 215, § 18,
to take the testimony.   By order of the judge, a decree *nisi*
was entered.   The libellee appealed.

The case was submitted on briefs.

*C. R. Morse,* for the libellee.

*L. M. Paul,* for the libellant.

WAIT, J.   The decree of the Probate Court must be
affirmed.   There was evidence of the application of physical
force to the body of the libellant by the libellee with the
purpose of inflicting suffering and not for the sake of self-
protection of the libellee.   Such conduct is cruel and abusive
within the literal and most narrow interpretation of the
words.   Although the testimony was directly contradictory,
and corroboration was lacking, we cannot say that the judge
who heard and saw the witnesses was clearly wrong in the
decision he made.

No error of law appears.

*Decree affirmed.*